# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2647
_____

H.R., Father of B.R., a Minor
Child,

     Appellant,

     v.

GUARDIAN AD LITEM PROGRAM,

     Appellee.

_____


On appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

November 6, 2018


PER CURIAM.

     AFFIRMED.

ROBERTS, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dana A. Taylor of the Law Office of Dana A. Taylor, P.A., Live Oak, and Henri C. Cawthon of the Law Office of Henri C. Cawthon, P.A., Gainesville, for Appellant.

Thomasina Moore, Statewide Director of Appeals, and Sara E. Goldfarb, Appellate Counsel, Guardian ad Litem Program, Tallahassee, for Appellee.